UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12743-JLT

|  |  |
|---|---|
| OMJ REALTY, LLC,<br>　　*Plaintiff,*<br><br>v.<br><br>NESTLÉ PREPARED FOOD COMPANY,<br>　　*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff OMJ Realty, LLC ("OMJ") and the defendant Nestlé Prepared Food Company ("Nestlé Prepared Food Co.") hereby stipulate that all claims by OMJ against Nestlé Prepared Food Co. be dismissed in their entirety with prejudice, without right of appeal, and with each party to bear its own attorney's fees and costs.

| PLAINTIFF OMJ REALTY, LLC<br>By its attorneys, | DEFENDANT NESTLÉ PREPARED FOOD COMPANY<br>By its attorneys, |
|---|---|
| */s/ John P. Connelly*<br>John P. Connelly, BBO #546670<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109<br>(T) 617.345.9000<br>(F) 617.345.9020<br>*jconnelly@hinckleyallen.com* | */s/ Jay S. Gregory*<br>Jay S. Gregory, BBO #546708<br>Stephen E. Kesselman, BBO #674521<br>LECLAIR RYAN, PC<br>One International Place<br>Boston, MA 02110<br>(T) 617.502.8216<br>(F) 617.502.8266<br>*jay.gregory@leclairryan.com*<br>*stephen.kesselman@leclairryan.com* |

Dated: March 31, 2015

53117086 064633/0148309

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 31st day of March, 2015.

>  */s/ John P. Connelly*
>  John P. Connelly